UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EAST FISHKILL FIRE DISTRICT,

                Plaintiff,

            v.

FERRARA FIRE APPARATUS, INC.        No. 20-CV-576 (KMK)

               Defendant,                  ORDER

            v.

NEVILLE APPARATUS CORP.

               Third Party Defendant,

---

KENNETH M. KARAS, United States District Judge:

     For the reasons stated on the record during the Court's June 24, 2024 conference, Third Party Defendant Neville Apparatus Corp.'s Motion for Reconsideration is denied.

     The Clerk of Court is respectfully requested to terminate the pending Motion at Dkt. No. 160.

SO ORDERED.

DATED:    June 24, 2024
              White Plains, New York

                                                   KENNETH M. KARAS
                                                   UNITED STATES DISTRICT JUDGE